**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK

**03-73594**



REPLY TO:
☐ B-35 FEDERAL BUILDING
410 W. MICHIGAN AVENUE
KALAMAZOO, MI 49007
269-337-5706

☐ P.O. BOX 698
229 FEDERAL BUILDING
MARQUETTE, MI 49855
906-226-2021

REPLY TO:
☐ 399 FEDERAL BUILDING
110 MICHIGAN STREET, NW
GRAND RAPIDS, MI 49503
616-456-2381

☐ 113 FEDERAL BUILDING
315 W. ALLEGAN
LANSING, MI 48933
517-377-1559

September 8, 2003

USDC, Eastern District
Theodore Levin US Courthouse
231 W. Lafayette Blvd.
Detroit, MI 48226

**PATRICK J. DUGGAN**

**MAGISTRATE JUDGE MORGAN**

RE: Phillips v Duggan
Our Case No. 5:03-cv-124  Hon. Gordon J. Quist

Dear Court Personnel:

Pursuant to the enclosed Order of Transfer to the Eastern District of Michigan filed 9/8/03 we are herewith sending the following:

1. Certified copy of Order of Transfer;

2. Certified copy of our docket sheet; and

3. Entire file of the above referenced case.

By copy of this letter, **please acknowledge receipt** of these documents and return to this court in the enclosed self-addressed envelope. Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

By: Deputy Clerk

Enclosures

cc: All counsel
    File

# CASEREFERRED

# United States District Court
## Western District of Michigan (Lansing)
### CIVIL DOCKET FOR CASE #: 5:03-cv-00124-GJQ-HWB

Phillips v. Duggan
Assigned to: Judge Gordon J. Quist
Referred to: Magistrate Judge Hugh W. Brenneman Jr.
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/28/03
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**PATRICK J. DUGGAN**
**MAGISTRATE JUDGE MORGAN**

**plaintiff**
------------------------

**Chauncey Phillips**

represented by **Chauncey Phillips**
Wayne County Jail
570 Clinton St.
Detroit, MI 48226
PRO SE

V.

**defendant**
------------------------

**Mike Duggan,** *Wayne County Prosecutor for Det. Mich. (named as Mike Duggn on complaint)*

CERTIFIED
ECF DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Michigan on ___9-8-03___

RONALD C. WESTON, SR., CLERK OF COURT

By: _____ Dated: _9-8-03_
      Deputy Clerk

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2003 | 1 | COMPLAINT with magistrate referral against Mike Duggan filed by Chauncey Phillips (lkd) Modified on 9/3/2003 (lkd). (Entered: 09/02/2003) |
| 08/28/2003 | 2 | MOTION for leave to proceed in forma pauperis by plaintiff Chauncey Phillips ; (lkd, ) (Entered: 09/03/2003) |

03-73594

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

In the United States District Court
For the Western District of Michigan

Chauncey Phillips
_____

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Mike Duggan, Wayne County
Prosecutor' For Det. Mich.

(Enter above the full name of the defendant or defendants in this action.)

PATRICK J. DUGGAN
MAGISTRATE JUDGE MORG
5:03CV0124

Gordon J. Quist
U.S. District Judge

Hugh W. Brenneman, Jr.
U.S. Magistrate Judge

**Instructions for Filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983**

This packet includes three copies of a complaint form. To start an action, you must file an original complaint and one copy for the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original. If the court determines that the complaint should be served on one or more defendants, the court will specifically order you to provide further copies for this purpose. Until ordered to do so, do not submit to the court copies of the complaint or exhibits for purposes of service on defendants. **The clerk of the court will not file your complaint unless it conforms to these instructions and to these forms.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $150.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to prepay the filing fee and service costs for this action, you must petition the court to proceed *in forma pauperis* by completing and signing the attached affidavit in support of application. You must also have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. **If the court grants you leave to proceed *in forma pauperis*, you will still be required to pay the $150.00 filing fee through an initial partial filing fee and through monthly installments.**

Your complaint must be legibly handwritten or typewritten. You, the plaintiff(s), must sign and date the complaint on the last page. If you need additional space to completely answer a question, you must attach additional pages.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, you must file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

You are required to furnish, so that the United States Marshal can complete service, the **correct name and address of each person you have named as defendant.** A PLAINTIFF IS REQUIRED TO GIVE INFORMATION TO THE UNITED STATES MARSHAL TO ENABLE THE MARSHAL TO COMPLETE SERVICE OF THE COMPLAINT UPON ALL PERSONS NAMED AS DEFENDANTS.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and copies to the Clerk of the United States District Court for the Western District of Michigan at any of the addresses below:

| U.S. District Court | U.S. District Court | U.S. District Court | U.S. District Court |
|---|---|---|---|
| 399 Federal Building | 229 Federal Building | B-35 Federal Building | 113 Federal Building |
| 110 Michigan St., NW | P.O. Box 698 | 410 W. Michigan Ave. | 315 W. Allegan |
| Grand Rapids, MI 49503 | Marquette, MI 49855 | Kalamazoo, MI 49007 | Lansing, MI 48933 |

(Last Revised: May 2003)


SCANNED

COMPLAINT

I. **Previous Lawsuits**

   **CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the required $150 filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $150 filing fee regardless whether your complaint is dismissed.**

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☐  No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer question 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

      1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

         _____

      2. Is the action still pending?   Yes ☐  No ☐

         a. If your answer was no, state precisely how the action was resolved: _Judge Exclaimation_ _was no case of action._

      3. Did you appeal the decision?   Yes ☐  No ☐

      4. Is the appeal still pending?   Yes ☐  No ☐

         a. If not pending, what was the decision on appeal? _____

      5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐  No ☐

         If so, explain: _____

II. **Place of Present Confinement** _____

   If the place of present confinement is not the place you were confined when occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

III. **Exhaustion of Administrative Remedies**

   **CAUTION: You are required by federal law to exhaust your available remedies on any action brought with respect to jail, prison, or other correctional facility conditions prior to bringing an action under 42 U.S.C. § 1983 or any other federal law. Once again, failure to provide complete and accurate answers to the questions set forth below will likely result in denial of the privilege of proceeding *in forma pauperis*. ATTACH COPIES OF ALL DOCUMENTS EVIDENCING EXHAUSTION OF REMEDIES.**

   A. Is your place of confinement a facility operated by the Michigan Department of Corrections?   Yes ☐  No ☐

   B. If your answer to A was yes, did you file a grievance concerning the facts set forth in this complaint?   Yes ☐  No ☐

      1. If your answer is no, explain why a grievance was not filed: _____

- 2 -

COMPLAINT

2. If your answer is yes, list the grievance number(s) and the date listed as "Today's Date" box on the Prisoner/Corrections Client Grievance Form:

   _____

3. What was the decision upon your grievance at Step I? _Clerk Refused to Send his Grievance Form_

C. If your answers to A and B are yes, did you appeal the Step I decision? Yes ☐ No ☐

   1. If your answer above was yes, what was the Step II decision? _____

      _____

      Did you appeal to Step III? Yes ☐ No ☐

      If your answer above was yes, what was the decision at Step III? _____

      _____

D. Does your complaint concern a misconduct charge filed against you? Yes ☐ No ☑

   1. Did you have an administrative hearing on the misconduct charge? Yes ☐ No ☐

      If yes, what was the hearing officer's decision? _____

      _____

   2. Did you request an administrative rehearing? Yes ☐ No ☐

      If you did request an administrative rehearing, what was the decision rendered upon rehearing? _____

   3. After rehearing, did you appeal the decision in one of the circuit courts for the State of Michigan? Yes ☐ No ☐

      a. If yes, what was the decision of the circuit court? _____

         _____

      b. Did you appeal the decision of the circuit court? Yes ☐ No ☐

         If yes, state the decisions of the Michigan Court of Appeals and Michigan Supreme Court: _____

         _____

E. If your claim concerns confinement within a facility not operated by the Michigan Department of Corrections, please state in detail the steps you have taken to exhaust your available state remedies prior to filing this lawsuit:

   _Judge over and over you will see on record the Prosecution Dist. Judge and my Att. refused to follow their own rules regulations or procedures._

F. If you have taken any other steps to exhaust your state remedies, please describe in detail what steps you have taken:

   _Judge your not going to believe the Court's conduct. They say they do what they want, and I can tell anyone I want_

- 3 -

IV. **Parties**

In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of Plaintiff ___Chauncey Phillips___

Address _____

In Item B below, place the full name of the defendant in the first blank, his or her official position in the second blank and his or her place of employment in the third blank. Use Item C for the names, positions and place of employment of all additional defendants. Attach extra sheets as necessary. State whether your are suing each defendant in an official or personal capacity.

B. Defendant ___Mike Duggan___ is employed as ___Det. Michigan Wayne County Prosecutor___

C. Additional Defendants ___Yes, Police Det.___

V. **Statement of Claim** "Clear Cut" SEE RECORDS.

State here, as briefly as possible, the facts of your case. Describe how each defendant is personally involved. Include also, the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Malicious Prosecution. The reason for this action against Prosecutor Mike Duggann #1 He lead the action of false act of a charge to defile my name and went on to punish me for no reason according to his own rules regulations or procedures. #2 Facing law suit now its still they do what ever they want and its out come. At no time did I ever agree to or sign for it. #3. Law library was then without cause, was not allowed to speak so the truth went on to cover up their trail. These orders came from Mike Duggann. Again your not going to believe the conduct

- 4 -

Thank you.

### VI. Relief

State briefly and precisely what you want the court to do for you.

Federal Judge, Please ask the court to transfer all Documentation based on a 1991 Ford Van. Because the Elements to fit the charge was never address, its my wish and hoped your promise to uChold the law. I was threw in a cell because records show they do what they want as they stated Wayne County Prosecutor is being ask to res pond. Also will the Judge for Federal court make sure the U.S. Marshall's order to server this suit on Defendants for of Federal suit.

Please  8/10/03
           Date

Signature of Plaintiff

**NOTICE TO PLAINTIFF(S)**

The failure of a *pro se* litigant to keep the court apprized of an address change may be considered cause for dismissal.

- 5 -

Thank you
Judge,

UNITED STATES DISTRICT COURT **03-73594**
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

Plaintiff

v.

_____

Defendant(s)

AUTHORIZATION FOR WITHDRAWAL OF FUNDS
TO PAY THE CIVIL ACTION FILING FEE and
AFFIDAVIT OF INDIGENCE IN SUPPORT OF
REQUEST TO PROCEED *IN FORMA PAUPERIS*

**MAGISTRATE JUDGE MORGAN: 03 CV 0124**
**PATRICK J. DUGGAN**

I, _____, am the plaintiff in the above entitled case, and I believe I am entitled to redress. In support of my motion to proceed without being required to prepay fees or costs or give security, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore. I acknowledge that **I am liable for payment of the $150.00 civil action filing fee**, and I authorize the correctional facility in which I am currently housed to (1) provide information about my trust fund account to the federal court; and (2) withdraw from my trust fund account and forward to the federal court (a) an initial partial filing fee for this action (20% of the greater of my average monthly deposits or average monthly balance for the past 6 months), which I will request be disbursed, and (b) subsequent monthly payments (20% of my previous month's deposits), as ordered by the federal court, until I have paid the full filing fee of $150.00 for this action. Further, I declare that the responses which I have made below are true.

**Gordon J. Quist**
**U.S. District Judge**

**Hugh W. Brenneman, Jr.**
**U.S. Magistrate Judge**

1. Are you presently employed?    Yes ☐  No ☐

   a. If the answer is yes, state the amount of your salary per month and give the name and address of your employer.

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary per month which you received.

   _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession, or form of self-employment?       Yes ☐  No ☑
   b. Rent payments, interest, or dividends?                  Yes ☐  No ☑
   c. Pensions, annuities, or life insurance payments?        Yes ☐  No ☑
   d. Gifts or inheritances?                                  Yes ☐  No ☑
   e. Any other sources?                                      Yes ☐  No ☑

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months.

   _____

3. Do you own any cash or do you have money in a checking or savings account?    Yes ☐  No ☑
   (Include any funds in prison accounts)

   If your answer is yes, state the total value owned.

   _____

**SCANNED**

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☐

   If the answer is yes, describe the property and state its approximate value. _____

   _____

5. List the persons who are dependent upon you for support; state your relationship to those persons; and indicate how much you contribute toward their support:

   *Motion Attached*

   _____

I understand that a false statement or answer to any question in this declaration will subject me to penalties for perjury.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____          _____
Date                              Signature of Plaintiff

---

**CERTIFICATE**

I certify that the plaintiff herein has had deposits of _____ and withdrawals of _____ from his prison account over the last six-month period. The present balance in the plaintiff's prison account is _____. I further certify that plaintiff has the following securities to his credit according to the records of this institution: _____.

_____  *Attached*  _____
Authorized Financial Officer    Name of Institution    Date

NOTE: Instead of completing the above certificate, you may attach the certificate establishing prisoner account activity and the printout issued by the institution.

- 2 -

Federal Judge Copy

8/10/03

To: Clerk Office, Lansing, Mich.
From: Chauncey Phillips

"Motion to Waive Fees and Cost"

Please, at this time I would say under the penalty of the law perjury, I do not have the filing fee, and would like to proceed in forma pauperis. Please.

Please your time consideration will be helpfull

For Clerk of Federal Judge.
When the action for a wrong doing is not quickly carried out, the hearts of the people are filled with schemes to do wrong.

_____
_____

Notary ____

Date: 8/10/03

To: Federal Court District, Lansing Michigan
From: Lindsey Miller

That for location is a law suit attached are 16 sheets, motion to waive fees and cost and sheets have no notary service, Because Jail refused to give notary. Suit against Prosecutor for Wayne County.

Proof of Service, off to location 8/10/03.

Notary Public

Refused

_____

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHAUNCEY PHILLIPS,

    Plaintiff,

v.

MIKE DUGGAN,

    Defendant.

ECase No. 5:03-cv-124

Honorable Gordon J. Quist

**ORDER OF TRANSFER**

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff is presently incarcerated at the Wayne County Jail. Plaintiff sues Wayne County Prosecutor Mike Duggan. In his *pro se* complaint, Plaintiff vaguely alleges that Defendant Mike Duggan maliciously prosecuted him, denied him library access, and denied him the opportunity to speak during his legal proceedings. The events giving rise to Plaintiff's action occurred in Wayne County. Wayne County is within the geographical boundaries of the Eastern District of Michigan. 28 U.S.C. § 102(a).

Under the revised venue statute, venue in federal-question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). Defendant is a public official serving in Wayne County, and he "resides" in that county for purposes of venue over a suit challenging official acts. *See Butterworth v. Hill*, 114 U.S. 128, 132 (1885); *O'Neill v. Battisti*, 472 F.2d 789, 791 (6th Cir. 1972), *cert. denied*, 411 U.S. 964 (1973). Plaintiff's allegations against Defendant arose in Wayne County, where Defendant allegedly committed the acts giving rise to this case. *See Leroy v. Great Western*

*United Corp.*, 443 U.S. 173, 185-87 (1979). In these circumstances, venue is proper only in the Eastern District. Therefore:

IT IS ORDERED that this case be transferred to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. § 1406(a). **It is noted that this Court has not decided Plaintiff's motion to proceed *in forma pauperis*, nor has the Court reviewed Plaintiff's complaint under 28 U.S.C. §§ 1915(e)(2), 1915A, or under 42 U.S.C. § 1997e(c).** The Clerk shall transmit the file forthwith to the Clerk of the Court in Detroit.

IT IS SO ORDERED.

APPROVED FOR E-FILING:

Dated: September 8, 2003

/s/ Hugh W. Brenneman, Jr.
Hugh W. Brenneman, Jr.
United States Magistrate Judge

**CERTIFIED ECF DOCUMENT**

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the Western District of Michigan on _9-8-03_

RONALD C. WESTON, SR., CLERK OF COURT

By: _S. Coppel_  Dated: _9-8-03_
Deputy Clerk

# NEW PRISONER CASE

Case Caption: PHILLIPS v DUGGAN

Case No. 5:03cv-124

## CIVIL RIGHTS

[X] Appears to be an Eastern District case *(to pro se law clerk)*

[X] Three strikes *(to pro se law clerk)*

IFP:
- [ ] Able to pay $150.00 fee; spendable balance: _____ *(to magistrate judge)*
- [ ] Has properly applied *(to magistrate judge with draft order to proceed IFP)*

[X] Is deficient *(to magistrate judge with draft deficiency order)*

Compliance with deficiency?
- [ ] Complied *(to magistrate judge with draft order to proceed IFP)*
- [ ] Noncompliance *(to pro se law clerk)*

Initial partial filing fee
- [ ] Has not paid the fee *(to pro se law clerk)*
- [ ] Has paid the fee *(to pro se law clerk)*

[ ] Other: _____

## HABEAS CORPUS

[ ] Has filed previous habeas action *(to pro se law clerk)*

[ ] Appears to be an Eastern District case *(to pro se law clerk)*

IFP:
- [ ] Able to pay $5.00 fee; spendable balance: _____ *(to magistrate judge)*
- [ ] Has properly applied *(to magistrate judge with draft order to proceed IFP)*

[ ] Is deficient *(to magistrate judge with draft order)*

Compliance with deficiency?
- [ ] Complied *(to magistrate judge with draft order to proceed IFP)*
- [ ] Noncompliance *(to pro se law clerk)*

[ ] Other: _____

From: L. Dack

Date: 9/3/03

CASEREFERRED, PROSEPRESCREEN

# United States District Court
## Western District of Michigan (Lansing)
### CIVIL DOCKET FOR CASE #: 5:03-cv-00124-GJQ-HWB
Internal Use Only

Phillips v. Duggan
Assigned to: Judge Gordon J. Quist
Referred to: Magistrate Judge Hugh W. Brenneman Jr.
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/28/03
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**plaintiff**
-----------------------

**Chauncey Phillips**                        represented by  **Chauncey Phillips**
                                                             Wayne County Jail
                                                             570 Clinton St.
                                                             Detroit, MI 48226
                                                             PRO SE

V.

**defendant**
-----------------------

**Mike Duggan**, *Wayne County Prosecutor for Det. Mich. (named as Mike Duggn on complaint)*

| Filing Date | # | Docket Text |
|---|---|---|
| 08/28/2003 | 1 | COMPLAINT with magistrate referral against Mike Duggan filed by Chauncey Phillips (lkd) Modified on 9/3/2003 (lkd). (Entered: 09/02/2003) |
| 08/28/2003 | 2 | MOTION for leave to proceed in forma pauperis by plaintiff Chauncey Phillips ; (lkd, ) (Entered: 09/03/2003) |
| 09/03/2003 | | ***Notify Pro Se Department of possible action needed; deficiency/possible three strikes/possible Eastern District case (lkd, ) Modified on 9/3/2003 (lkd). (Entered: 09/03/2003) |
| 09/03/2003 | | ***PAPER CASE FILE sent to GR per chambers request; Case Manager will follow-up and make arrangements for service w/GR clerk's office (lkd) (Entered: 09/03/2003) |
| 09/03/2003 | | ***Proposed Order regarding deficiency prepared by Deputy Clerk and sent to Magistrate Judge Brenneman (lkd) (Entered: 09/03/2003) |

UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

03-73594

PATRICK J. DUGGAN

| | |
|---|---|
| CHAUNCEY PHILLIPS, | )<br>) |
| Plaintiff, | ) Case No. 5:03-cv-124 |
| v. | )<br>) Honorable Gordon J. Quist |
| MIKE DUGGAN, | )<br>) **MAGISTRATE JUDGE MORGAN** |
| | ) **DEFICIENCY ORDER** |
| Defendant(s). | ) <u>**FOR A CIVIL ACTION**</u> |

This is a civil rights action filed by a plaintiff who is a prisoner. The filing fee for a civil action is $150. Plaintiff has failed to pay the filing fee or to apply in the manner required by law to proceed <u>in forma pauperis</u>. Under the provisions of the Prison Litigation Reform Act of 1995, if a prisoner wishes to proceed <u>in forma pauperis</u>, the prisoner must file a certified copy of a prisoner trust account statement and an affidavit of indigence. 28 U.S.C. § 1915 (a)(2); <u>McGore v. Wrigglesworth</u>, 114 F.3d 601, 605 (6th Cir. 1997). Plaintiff has failed to file the required certified prisoner trust fund account statement in order to proceed <u>in forma pauperis</u>. Plaintiff is hereby notified of the foregoing deficiencies.

Plaintiff is informed that within 30 days from the date of this notice, he must submit the $150.00 filing fee or, alternatively, file the required Prisoner Trust Fund Account. <u>See McGore</u>, 114 F.3d at 605. The affidavit must include a statement of all assets plaintiff possesses, a statement that plaintiff is unable to pay the fee or give security therefor, and a statement of the nature of the action. 28 U.S.C. §§ 1915(a)(1) and (2). Plaintiff must file either Form 4 from the Appendix of

Forms found in the Federal Rules of Appellate Procedure, or an affidavit containing the identical information requested in Form 4. McGore, 114 F.3d at 605. The trust account statement must be a certified copy and must be for the 6 months immediately preceding the filing of plaintiff's complaint. 28 U.S.C. § 1915(a)(2); McGore, 114 F.3d at 605.

Plaintiff is also notified that if plaintiff fails to pay the filing fee or to file the required documents as described above, the district court must presume that he is not proceeding in forma pauperis. McGore, 114 F.3d at 605. In that case, the district court must assess the entire filing fee and must order the case dismissed for want of prosecution. Id. If plaintiff's action is dismissed under these circumstances, it will not be reinstated even if plaintiff subsequently pays the filing fee. Id.

Dated:_____
(lkd)

Hugh W. Brenneman, Jr.
U.S. Magistrate Judge


**FILING FEES SHALL BE REMITTED TO THE FOLLOWING ADDRESS:**

Clerk, U.S. District Court
399 Federal Building
110 Michigan St., N.W.
Grand Rapids, MI 49503

**All checks or other forms of payment shall be payable to "Clerk, U.S. District Court."**

-2-